# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-0439
Lower Tribunal No. F87-35790
_____

**Gregory Boucher,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Dutko & Kroll, P.A., and Jeremy J. Kroll (Ft. Lauderdale); and Joyce E. Brenner, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.


Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Morgan v. State</u>, 350 So. 3d 712, 716 (Fla. 2022) ("We agree with the State's argument that in rule 3.800(a) proceedings the process of sentence correction is not complete until an order is entered imposing a corrected sentence. Until that point, there is no final order. Judicial labor in the cause remains to be done . . . .").